*City of New York* v. *Metropolitan Street Railway Co.*, 90 App. Div. 66, affirmed.

(Argued June 7, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 10, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Bayard H. Ames, F. Angelo Gaynor* and *Henry A. Robinson* for appellant.

*John J. Delany,* Corporation Counsel (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Not sitting: GRAY, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOSEPH DEGENFELDER, Respondent.

*People* v. *Degenfelder*, 97 App. Div. 641, affirmed.

(Argued June 7, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 17, 1904, affirming a judgment in favor of defendant entered upon a verdict directed by the court.

*Julius M. Mayer,* Attorney-General (*Horace McGuire* of counsel), for appellant.

*William B. Reading* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.